790

**No. P66/134.**—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 60/15648, etc. (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of air horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

**No. P66/135.**—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 63/11643, etc. (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

**No. P66/136.**—Baron Tube Company and W. R. Zanes & Company *v.* United States, protest 279562–K (Galveston).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of seamless steel oil well casing, not advanced beyond hammering, rolling, or casting, the same in all material respects as that the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C.D. 1804), the claim of the plaintiffs was sustained.

**No. P66/137.**—Radio Wire Television, Inc. *v.* United States, protests 60/11602, 60/11604, and 60/11606 (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of multitesters and meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.